Notice of Appeal (Interlocutory)

United States District Court For the Eastern District of Texas Tyler Division

6:18 cr 16    USA v. Yoo

I received the order dkt #372 on 20190219 around 1500 hours. Notice is here by given that Hank Yoo, the defendant in the above named case hereby appeal to the United States Court of Appeals for the 5th Circuit from the judgement that I am to be detained pending sentencing pursuant to 18 USC §3143(a) and denying my request to be released pending sentencing entered on 11th day of February, 2019 as dkt #372, which I received to Gregg County Jail on 20190219.

20190228
2000 hours

US District Court For East TX

USA
v.                6:18 cr 16
Yoo

I am an inmate confined in Gregg County Jail. Today on 20190228 I am depositing this notice of appeal from denial of release pending sentencing in the institution's internal mail system. First-class postage is being prepaid by me.

I declare under penalty of perjury that the foregoing is true and accurate (28 USC § 1746; 18 USC § 1621.)

Hank Yoo
20190228
2000 hours.

Hank Yoo 6:18-cr-16
101 E Methvin
Longview TX 75601



SHREVEPORT LA 710
01 MAR 2019 PM 1 L

Federal District Court
211 W Ferguson
Tyler TX 75702





CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 04 2019
EASTERN ... TEXAS