Appellate Court | USA v Yoo | Supplementary Facts (Newly discovered
5th Circuit | Case 19-40193 | evidences to my memorandum for
| 19-40193 | bail pending sentencing.

On 20190307, Schroeder granted my motion to subpoena (#396) the Tyler PD video footage of Andrea Elder regarding the 241-00727/ and 241-0576-17. The subpoena was delivered to the Tyler Police Chief by the US Marshalls on 20190308. Then I was informed by the Probation Officer Wallace that it had been entered into the clerk's office as evidence.

On 20190325 my stand by counsel Jeff Lynn Haas visited me at Gregg County Jail for me to review the videos that the Tyler PD Chief provided. That video proved things

① No aggravated assault was occurred on 20160202. Matthew Lack never pointed the pistol at the residents Matthew Lack grabbed the pistol by the end of the barrel, not even by the handle and the trigger, and the barrel was parallel to the road, not pointing at the house

Elder family members

Elder Resident

Driveway

gun's barrel

pointing this direction.

U.S. COURT OF APPEALS RECEIVED APR 12 2019 FIFTH CIRCUIT

② Only Lack was standing in the Elder's driveway, and only initially before getting told by an Elder family member to get off the property, which then Lack stepped off the property. None others entered the Elder's property EVER other than Lack.

③ I tried to calm Lack down and restrain Lack. I also prevented Lack from re-entering Elder property.

④ None of us actually committed any crime other than Matthew Lack, who stole my firearm and carried without a license within the city limits.

⑤ Lack actually started the conversation with Elder family in a calm and controlled manner then deteriorated into cantankerous arguments.

This proves several things about Schroeder, Machicek, Wallace, Lack, etc.

① #149 detention order was fraudulent, perjured, and malicious.

① Lucas Machicek, knowing that no aggravated assault occurred, (or should have known), procured fraudulent and perjured plea deal from Matthew Lack through intimidation and criminally conspiring with Lack's appointed attorney for the case, Don Davidson. 170727. Clearly malicious prosecution, prosecutorial and counsel inadequacy.

inc—
I object

\* Laurel Coan also used this fraudulent case on my 1st detention hearing on 20180430. Laurel Coan and ^ the detective.

(2) On 20181010, Lucas Machicek subpoenaed Matthew Lack to my 2nd detention procured numerous perjury and even perjured themselves to conspire to unlawfully keep me detained. (Lucas Machicek was the prosecutor for the case 241-0072-17. Machicek knew, or should have known, by reviewing those discoveries, that no aggravated assault was occurred, however knowingly procured perjured statements from Lack to criminally conspire against me.) Matthew Lack also showed significant inconsistencies throughout the hearing and self contradicted multiple times. See 20181010 hearing transcript from 106:1 to 109:5, and from 123:5 to 128:6. It should also be investigated what kind of deal Machicek was able to offer Lack through Machicek's influence at Smith County DA's Office to get Lack to commit numerous perjury against me.

(3) Schroeder, despite the fact that I completely destroyed credibility of Lack and Machicek and proved their dishonest character, still ordered to detain me to deprive me of access to legal materials and medical treatment. Schroeder stated that he found Lack to be a credible witness and Lack's testimony proved that I am a danger to the society on his order #149. Schroeder also committed numerous perjuries on that order.

(4) Wallace then used Lack's testimony to give me +4 points increase regarding sentencing with application of USSG §2K2.1(b)(6)(B). I objected. See #368, #391, #392.

\* The burden of proof that I threatened the life of Lack is on them not me. However, there is no factual evidence that I did..

Schroeder, Coan, and Wallace used this defective and completely fraudulent case against me to criminally conspire to deprive my right to bail, right to due process, etc purely based on ~~hearsay~~ perjured hearsay and without obtaining ANY FACTUAL EVIDENCES. Machicek ~~was~~ KNOWINGLY procured perjury from Lack possibly by bribing Lack. Schroeder, Coan, and Machicek are ~~~~ unindicted felons of ~~perjury~~ 18 USC §1622 and 1623. Their conduct was criminal, malicious, and grossly incompetent.

ANY and ALL previous detention orders of the district court ~~~~ are completely unlawful, frivolous, and fraudulent, and they should be stricken completely from the district court.

Please retrieve the video and watch it.

2019-04-08 0100 hours.

[signature]

Hank You 19-40193
101 E Methvin St
Longview TX 75601

70130-341499

Sent 20190408
SHREVEPORT LA
0700 hours

Federal Appellate Court 5th Circuit
600 S Maestri Place
New Orleans, Louisiana 70130