# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2019

Mr. Heon Jong Yoo
Gregg County Jail
101 E. Methvin Street
Longview, TX 75601-0000

    No. 19-40193   USA v. Heon Yoo
                      USDC No. 6:18-CR-16-1

Dear Mr. Yoo,

We received your document entitled "Supplementary Facts/Newly Discovered Evidence to Memorandum for Bail pending Sentencing." We are taking no action on this document because leave of the court is required to file a supplement.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. Laurel Franklin Coan Jr.
     Mr. Jeffrey Lynn Haas