# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 19-40193
Summary Calendar
_____

D.C. Docket No. 6:18-CR-16-1

United States Court of Appeals
Fifth Circuit

**FILED**
April 25, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

>Plaintiff - Appellee

v.

HEON JONG YOO, also known as Hank Yoo,

>Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.