# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40193
Summary Calendar

D.C. Docket No. 6:18-CR-16-1

United States Court of Appeals
Fifth Circuit
**FILED**
April 25, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

HEON JONG YOO, also known as Hank Yoo,

    Defendant - Appellant

    Appeal from the United States District Court for the
        Eastern District of Texas

Before KING, SOUTHWICK, and ENGELHARDT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued as the mandate on May 17, 2019**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**