# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 17, 2019

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

    No. 19-40193    USA v. Heon Yoo
                      USDC No. 6:18-CR-16-1

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Debbie T. Graham, Deputy Clerk

cc:
    Mr. Laurel Franklin Coan Jr.
    Mr. Jeffrey Lynn Haas
    Mr. Heon Jong Yoo